# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP; GEORGIA COALITION FOR THE PEOPLE'S AGENDA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Georgia Secretary of State,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 1:24-CV-04287-TWT |

## NOTICE OF RELATED CASE

Plaintiffs hereby provide notice that another pending case in this Court is substantially related to the claims at issue. New Georgia Project et al. v. Raffensperger, case number 1:24-cv-03412-SDG, filed July 31, 2024, includes claims surrounding the same legislation (Senate Bill 189) and may be most efficiently resolved through consolidation.

Respectfully submitted this 1st day of October,

*Caitlin May*

Caitlin May (Ga. Bar No. 602081)
Cory Isaacson (Ga. Bar No. 983797)
Akiva Freidlin (Ga. Bar No. 692290)
ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 570738
Atlanta, Georgia 30357
(678) 310-3699
cisaacson@acluga.org
cmay@acluga.org
afreidlin@acluga.org


Ezra Rosenberg*
Julie M. Houk*
Marlin David Rollins-Boyd*
Ryan Snow*
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8600
General Fax: (202) 783-0857
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
drollins-boyd@lawyerscommittee.org
rsnow@lawyerscommittee.org


Neil A. Steiner*
Mara Cusker Gonzalez*
Biaunca S. Morris*
Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
Neil.steiner@dechert.com
Mara.cuskergonzalez@dechert.com
Biaunca.morris@dechert.com

Lindsey B. Cohan*
Dechert LLP
515 Congress Ave. STE 1400
Austin, TX  78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001
Lindsey.cohan@dechert.com

*Attorneys for Plaintiffs*

**Pro Hac Vice* forthcoming