## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

|  |  |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP; GEORGIA COALITION FOR THE PEOPLE'S AGENDA, INC.; and their members.<br><br>*Plaintiffs*, | |
| v. | Case No: 1:24-cv-04287-TWT |
| BRAD RAFFENSPERGER, Secretary of State of Georgia, in his official capacity,<br>*Defendant*, | |
| REPUBLICAN NATIONAL COMMITTEE and GEORGIA REPUBLICAN PARTY, INC.<br>*Proposed Intervenor-Defendant*. | |

## PROPOSED INTERVENOR-DEFENDANTS'
## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Proposed Intervenor-Defendants, the Republican National Committee and the Georgia Republican Party, Inc., certify and disclose the following:

1.     The undersigned counsel of record for a proposed intervenor to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a proposed intervenor:

     a.    <u>Plaintiffs</u>: Georgia State Conference of the NAACP; Georgia Coalition for the People's Agenda, Inc.

     b.    <u>Defendant</u>: Brad Raffensperger, in his official capacity as Secretary of State or Georgia.

     c.    <u>Proposed Intervenor-Defendants</u>: Republican National Committee and Georgia Republican Party, Inc.

2.    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

     None.

3.    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

     a.    <u>Plaintiffs</u>: Caitlin May, Cory Isaacson, Akiva Freidlin, Ezra Rosenberg, Julie M. Houk, Marlin David Rollins-Boyd, Ryan Snow, Neil A. Steiner, Mara Cusker Gonzalez, Biaunca S. Morris, and Lindsey B. Cohan.

     b.    <u>Defendant</u>: Forthcoming.

      c.    <u>Proposed Intervenor-Defendants</u>: Thomas R. McCarthy, Gilbert C. Dickey, Conor D. Woodfin, William Bradley Carver, Sr., and Baxter D. Drennon.

Submitted this 11th day of October, 2024.

<u>/s/ *William Bradley Carver, Sr.*</u>

| | |
|---|---|
| Thomas R. McCarthy* | William Bradley Carver, Sr. |
| Gilbert C. Dickey* | Georgia Bar No. 115529 |
| Conor D. Woodfin* | HALL BOOTH SMITH, P.C. |
| CONSOVOY MCCARTHY PLLC | 191 Peachtree Street NE |
| 1600 Wilson Boulevard | Suite 2900 |
| Suite 700 | Atlanta, GA 30303 |
| Arlington, VA 22209 | (404) 954-5000 |
| (703) 243-9423 | BCarver@hallboothsmith.com |
| tom@consovoymccarthy.com | |
| gilbert@consovoymccarthy.com | Baxter D. Drennon |
| conor@consovoymccarthy.com | Georgia Bar No. 241446 |
| | HALL BOOTH SMITH, P.C. |
| *pro hac vice* forthcoming | 200 River Market Avenue |
| | Suite 500 |
| | Little Rock, AR 72201 |
| | (501) 319-6996 |
| | BDrennon@hallboothsmith.com |

*Counsel for Proposed Intervenor-Defendant*

3

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed with the Clerk via CM/ECF on October 11, 2024, thereby serving all counsel of record.

*/s/ William Bradley Carver, Sr.*