IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, Secretary of State of Georgia, in his official capacity, <br><br> Defendant. | CIVIL ACTION FILE <br> NO. 1:24-CV-4287-TWT |

### ORDER

In the interest of justice, including efficient case management, and with the consent of the assigned district court judges, this case is transferred from U.S. District Court Judge Thomas W. Thrash, Jr to U.S. District Court Judge Steven D. Grimberg pursuant to Internal Operating Procedure 905-2(f).

SO ORDERED, this ___17th___ day of October, 2024.

_____
TIMOTHY C. BATTEN, SR.
Chief United States District Judge