# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONF. OF THE NAACP, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State of the State of Georgia, <br><br> *Defendant*. | Civil Action No. 1:24-cv-04287-SDG |

## DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Secretary of State Brad Raffensperger, in his official capacity as Secretary of State (the Secretary or Defendant), moves to dismiss Plaintiffs' Complaint [Doc. 1] in its entirety pursuant to Fed. R. Civ. P. 12(b)(1) and (6). In support of this motion, the Secretary relies on his Brief in Support of Motion to Dismiss Plaintiffs' Complaint, which is filed with this motion.

Respectfully submitted this 25th day of October, 2024.

                                           Christopher M. Carr
                                           Attorney General
                                           Georgia Bar No. 112505
                                           Bryan K. Webb
                                           Deputy Attorney General
                                           Georgia Bar No. 743580
                                           Elizabeth T. Young
                                           Senior Assistant Attorney General

Georgia Bar No. 707725
**State Law Department**
40 Capitol Square, S.W.
Atlanta, Georgia 30334

*/s/ Bryan P. Tyson*
Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@clarkhill.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@clarkhill.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@clarkhill.com
**Clark Hill PLC**
800 Battery Ave SE
Suite 100
Atlanta, Georgia 30339
678.370.4377 (phone)

*Counsel for Secretary of State Brad Raffensperger*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned certifies that the foregoing Motion has been prepared in Book Antiqua 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Bryan P. Tyson*
Bryan P. Tyson
