# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NEW GEORGIA PROJECT and A. PHILIP RANDOLPH INSTITUTE, | |
| Plaintiffs, | |
| v. | No. 1:23-cv-3412-SDG |
| BRAD RAFFENSPERGER, in his official capacity as Georgia Secretary of State, *et al.* | |
| Defendants. | |
| GEORGIA STATE CONFERENCE OF THE NAACP; GEORGIA COALITION FOR THE PEOPLE'S AGENDA, INC., | |
| Plaintiffs, | CIVIL ACTION |
| v. | NO. 1:24-CV-04287-SDG |
| BRAD RAFFENSPERGER, in his official capacity as Georgia Secretary of State, | |
| Defendants. | |

SECURE FAMILIES INITIATIVE
AND THEIR MEMBERS,

        Plaintiff,

v.

BRAD RAFFENSPERGER, in his
official capacity as the Secretary of
State of Georgia, et al.,

        Defendants.

NO. 1:24-cv-04659-SDG

Come now, New Georgia Project, et al., Georgia State Conference of the NAACP et al., and Secure Families Initiative, Plaintiffs in the above-styled cases, and confirm their consent to consolidation with each of the above-styled cases *New Georgia Project, et al. v. Raffensperger*, **1:24-cv-03412-SDG**, *Georgia State Conference of the NAACP, et al. v. Raffensperger*, **1:24-cv-04287-SDG**, and *Secure Families Initiative and their members v. Raffensperger*, **1:24-cv-04659-SDG** for all purposes, including trial of claims if the Court deems such appropriate.

Plaintiffs in all cases will endeavor to promote efficiency in all proceedings, including pending motions to dismiss, and will meet and confer with Defendants to find a mutually agreeable schedule moving forward.

Respectfully submitted this 31st day of October,

        */s/Caitlin May*
        Caitlin May (Ga. Bar No. 602081)

Cory Isaacson (Ga. Bar No. 983797)
Akiva Freidlin (Ga. Bar No. 692290)
ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 570738
Atlanta, Georgia 30357
(678) 310-3699
cisaacson@acluga.org
cmay@acluga.org
afreidlin@acluga.org

Ezra Rosenberg*
Julie M. Houk*
Marlin David Rollins-Boyd*
Ryan Snow*
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8600
General Fax: (202) 783-0857
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
drollins-boyd@lawyerscommittee.org
rsnow@lawyerscommittee.org

Neil A. Steiner*
Mara Cusker Gonzalez*
Biaunca S. Morris*
Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
Neil.steiner@dechert.com
Mara.cuskergonzalez@dechert.com
Biaunca.morris@dechert.com

Lindsey B. Cohan*
Dechert LLP
515 Congress Ave. STE 1400

Austin, TX  78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001
Lindsey.cohan@dechert.com

*Attorneys for Georgia State Conference of the
NAACP Plaintiffs*


Katherine L. D'Ambrosio
(Ga. Bar No. 780128)
Jennifer Virostko
(Ga. Bar No. 959286)
Ben Watson
(Ga. Bar No. 632663)
COUNCILL, GUNNEMANN & CHALLY LLC
75 14th Street, NE, Suite 2475
Atlanta, GA 30309
(404) 407-5250
kdambrosio@cgc-law.com
jvirostko@cgc-law.com
bwatson@cgc-law.com


Alice Huling*
Danielle Lang*
Valencia Richardson*
Daniel S. Lenz*
Rachel Appel*
Shilpa Jindia*
CAMPAIGN LEGAL CENTER
1101 14th St. NW, Ste. 400
Washington, D.C. 20005
Tel: (202) 736-2200
Fax: (202) 736-2222
ahuling@campaignlegalcenter.org
dlang@campaignlegalcenter.org
vrichardson@campaignlegalcenter.org
dlenz@campaignlegalcenter.org
rappel@campaignlegalcenter.org
sjindia@campaignlegalcenter.org

*Counsel for Plaintiff Secure Families Initiative*

Bryan L. Sells
Georgia Bar No. 635562
THE LAW OFFICE OF BRYAN L. SELLS, LLC
P.O. Box 5493
Atlanta, GA 31107
Tel: (404) 480-4212
Email: bryan@bryansellslaw.com

John Powers*
Hani Mirza*
Matthew A. Fogelson*
ADVANCEMENT PROJECT
1220 L Street Northwest, Suite 850
Washington, DC 20005
(202) 728-9557
jpowers@advancementproject.org
hmirza@advancementproject.org
mfogelson@advancementproject.org

John A. Freedman*
Rachel L. Forman*
Jeremy Karpatkin*
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. N.W.
Washington, DC  20001
(202) 942-5000
john.freedman@arnoldporter.com
jonathan.stern@arnoldporter.com
rachel.forman@arnoldporter.com
jeremy.karpatkin@arnoldporter.com

Michael A. Rogoff*
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
(212) 836-8000

michael.rogoff@arnoldporter.com

*Counsel for Plaintiffs New Georgia Project and A. Philip Randolph Institute*

*Admitted Pro Hac Vice

## CERTIFICATE OF COMPLIANCE

I certify that this document has been prepared in compliance with N.D. Ga.

Local Civil Rule 5.1(C) using 14-point Times New Roman font.

*/s/Caitlin May*
Caitlin F. May (Ga. Bar No. 602081)
ACLU OF GEORGIA
P.O. Box 570738
(706) 371-1171
cmay@acluga.org

Dated: October 31, 2024

CERTIFICATE OF SERVICE

Pursuant to N.D. Ga. L.R. 5.4(A), undersigned counsel hereby certify that on October 31, 2024, they caused Plaintiffs in the above-captioned case to serve their NOTICE OF CONSENT TO CONSOLIDATION upon counsel for Defendant via electronic mail.

Dated: October 31, 2024.

Respectfully Submitted,


s/ Caitlin May

Caitlin May
Georgia Bar No. 602081
cmay@acluga.org
ACLU FOUNDATION OF
GEORGIA, INC.
P.O. Box 570738
(706) 371-1171
*Attorney for Plaintiffs*