# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Georgia State Conference of the NAACP; Georgia Coalition for the People's Agenda, Inc.; AND THEIR MEMBERS,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, Secretary of State of Georgia, in his official capacity<br><br>*Defendant.* | Case No. 1:24-cv-04287-SDG |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

**(1)** The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

(a) Plaintiff Georgia State Conference of the NAACP ("Georgia NAACP"), and its Members; Parent: National Association for the Advancement of Colored People, Inc. ("NAACP"). Neither the Georgia NAACP nor the NAACP are publicly held corporations which owns 10% or more of the stock of a party.

1

(b) Plaintiff Georgia Coalition for the People's Agenda, Inc. ("GCPA") and its Members. The GCPA is not a publicly held corporation which owns 10% or more of the stock of a party.

(c) Defendant Brad Raffensperger, Georgia Secretary of State, in his official capacity.

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

The parties identified in Section (1), above;

American Civil Liberties Union Foundation of Georgia, Inc.;

Cory Isaacson (Ga. Bar No. 983797), Counsel for Plaintiffs Georgia NAACP and GCPA;

Caitlin May (Ga. Bar No. 602081), Counsel for Plaintiffs Georgia NAACP and GCPA;

Akiva Freidlin (Ga. Bar No. 692290), Counsel for Plaintiffs Georgia NAACP and GCPA;

Lawyers' Committee for Civil Rights Under Law;

Ezra D. Rosenberg, Counsel for Plaintiffs Georgia NAACP and GCPA;

Julie Marie Houk, Counsel for Plaintiffs Georgia NAACP and GCPA;

Marlin David Rollins-Boyd, Counsel for Plaintiffs Georgia NAACP and GCPA;

Ryan Snow, Counsel for Plaintiffs Georgia NAACP and GCPA;

Dechert LLP;

Neil A. Steiner, Counsel for Plaintiffs Georgia NAACP and GCPA;

Mara Cusker Gonzalez; Counsel for Plaintiffs Georgia NAACP and GCPA;

Biaunca S. Morris, Counsel for Plaintiffs Georgia NAACP and GCPA;

Lindsey Cohen, Counsel for Plaintiffs Georgia NAACP and GCPA;

Clark Hill PLC

Bryan P. Tyson, Georgia Bar No. 515411, Counsel for Defendant Brad Raffensperger;

The Republican National Committee (RNC), Proposed Intervenor-Defendant;

Georgia Republican Party, Inc. (GAGOP), Proposed Intervenor-Defendant;

HALL BOOTH SMITH, P.C.

William Bradley Carver, Sr., (Georgia Bar No. 115529), Counsel for the Proposed Intervenor-Defendants, the RNC and GAGOP

Baxter D. Drennon (Georgia Bar No. 241446), Counsel for the Proposed Intervenor-Defendants, the RNC and GAGOP;

CONSOVOY MCCARTHY PLLC

Thomas R. McCarthy, Counsel for the Proposed Intervenor-Defendants, the RNC and GAGOP;

Gilbert C. Dickey, Counsel for the Proposed Intervenor-Defendants, the RNC and GAGOP;

Conor D. Woodfin, Counsel for the Proposed Intervenor-Defendants, the RNC and GAGOP.

Plaintiffs also note that there are two additional litigations (*New*

3

*Georgia Project, et al. v. Brad Raffensperger, et al.*, U.S. District Court for the Northern District of Georgia, Case No. 1:23-cv-3412-SDG); and *Secure Families Initiative and Their Members v. Brad Raffensperger*, U.S. District Court for the Northern District of Georgia, Case No.1:24-cv-04659-SDG) challenging Georgia SB 189 which are pending for this Court and that counsel for the Plaintiffs in these cases have consented to consolidation and are awaiting a final decision on consolidation by this Court.

Plaintiffs also note that this litigation could substantially affect the rights of any Georgia voters who are subjected to voter challenges as a result of the amendments to O.C.G.A. Section 230 made as a result the enactment of Georgia Senate Bill 189 which are the subject of this litigation, as well as, organizations and individuals who devote resources to voter registration, civic engagement, Get Out the Vote (GOTV) activities, voter education, provisional ballot curing, and other voting and election-related activities, who have been, or will be, negatively impacted by SB 189.

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Cory Isaacson (Ga. Bar No. 983797)
Caitlin May (Ga. Bar No. 602081)
Akiva Freidlin (Ga. Bar No. 692290)
ACLU FOUNDATION OF GEORGIA, INC.

4

P.O. Box 570738
Atlanta, Georgia 30357
(678) 310-3699
cisaacson@acluga.org
cmay@acluga.org
afreidlin@acluga.org

Ezra Rosenberg*
Julie M. Houk*
Marlin David Rollins-Boyd*
Ryan Snow*
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8600
General Fax: (202) 783-0857
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
drollins-boyd@lawyerscommittee.org
rsnow@lawyerscommittee.org

Neil A. Steiner*
Mara Cusker Gonzalez*
Biaunca S. Morris*
Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
Neil.steiner@dechert.com
Mara.cuskergonzalez@dechert.com
Biaunca.morris@dechert.com

Lindsey B. Cohan*
Dechert LLP
515 Congress Ave. STE 1400
Austin, TX 78701

Telephone: (512) 394-3000
Facsimile: (512) 394-3001
Lindsey.cohan@dechert.com

*Admitted Pro Hac Vice

Respectfully submitted this 31st day of October 2024.

/s/    Lindsey B. Cohan
Cory Isaacson (Ga. Bar No. 983797)
Caitlin May (Ga. Bar No. 602081)
Akiva Freidlin (Ga. Bar No. 692290)
ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 570738
Atlanta, Georgia 30357
(678) 310-3699
cisaacson@acluga.org
cmay@acluga.org
afreidlin@acluga.org

Ezra Rosenberg*
Julie M. Houk*
Marlin David Rollins-Boyd*
Ryan Snow*
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8600
General Fax: (202) 783-0857
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
drollins-boyd@lawyerscommittee.org
rsnow@lawyerscommittee.org

Neil A. Steiner*
Mara Cusker Gonzalez*
Biaunca S. Morris*
Dechert LLP

6

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
Neil.steiner@dechert.com
Mara.cuskergonzalez@dechert.com
Biaunca.morris@dechert.com

Lindsey B. Cohan*
Dechert LLP
515 Congress Ave. STE 1400
Austin, TX 78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001
Lindsey.cohan@dechert.com

## CERTIFICATE OF COMPLIANCE

I certify that this document has been prepared in compliance with N.D. Ga. Local Civil Rule 5.1(C) using 14-point Times New Roman font.

This 31st day of October 2024.

*/s/   Lindsey B. Cohan*
Lindsey B. Cohan
Dechert LLP
515 Congress Ave. STE 1400
Austin, TX 78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001
Lindsey.cohan@dechert.com