IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NEW GEORGIA PROJECT, *et al.*,<br>    Plaintiffs,<br><br>                    v.<br><br>BRAD RAFFENSPERGER, *in his official capacity as Georgia Secretary of State, et al.*,<br>    Defendants. | Civil Action No.<br>1:24-cv-03412-SDG |
| GEORGIA STATE CONFERENCE OF THE NAACP, *et al.*,<br>    Plaintiffs,<br><br>                    v.<br><br>BRAD RAFFENSPERGER, *Secretary of State of Georgia, in his official capacity*,<br>    Defendant. | Civil Action No.<br>1:24-cv-04287-SDG |
| SECURE FAMILIES INITIATIVE *and their members*,<br>    Plaintiff,<br><br>                    v.<br><br>BRAD RAFFENSPERGER, *in his official capacity as the Secretary of State of Georgia, et al.*,<br>    Defendants. | Civil Action No.<br>1:24-cv-04659-SDG |

**ORDER**

On November 4, 2024, the Court entered an Order consolidating Case Nos. 1:24-cv-04287-SDG and 1:24-cv-04659-SDG with the related case, *New Georgia Project v. Raffensperger*, Case No. 1:24-cv-03412-SDG, for all pretrial purposes and

directing that all filings be made only in Case 3412.[1] It is therefore appropriate to administratively close Case 4287 and Case 4659 while they are consolidated.

The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** these cases. Closure is not a dismissal and does not preclude the filing of documents into Case 4287 and Case 4659 if the parties are so instructed. The cases may be re-opened if appropriate. All pending motions in Case 4287 and Case 4659 are **DENIED as moot**. Proposed intervenors Georgia Republican Party, Inc. and Republican National Committee have already filed a motion to intervene in the consolidated lead case (Case 3412) that remains under consideration by the Court. Thus, no additional motion to intervene by these parties is necessary.

**SO ORDERED** this 5th day of November, 2024.

_____
Steven D. Grimberg
United States District Judge

---

[1] Case No. 1:24-cv-04287-SDG, ECF 49; Case No. 1:24-cv-04659-SDG, ECF 34.